IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00204-RJC-DSC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL JAMES PATTERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Counts One through Five, (Doc. No. 20), of the Indictment, (Doc. No. 3), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 20), is **GRANTED** and Counts One through Five of the Indictment, (Doc. No. 3), are **DISMISSED** without prejudice.

Signed: September 16, 2020

Robert J. Conrad, Jr.
United States District Judge