IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00204-RJC-DSC

| | |
|---|---|
| USA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| MICHAEL JAMES PATTERSON, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 43), the remaining count of the Indictment, (Doc. No. 3), without prejudice, following his guilty plea to an Information filed in Case No. 3:21-cr-126.

**IT IS ORDERED** that the Government's motion, (Doc. No. 43), is **GRANTED** and Count Six of the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: January 20, 2022

Robert J. Conrad, Jr.
United States District Judge